## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Eric McElhone<br>         Theresa McElhone<br>                              Debtors | CHAPTER 7 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A<br>                              Movant<br>          vs. | NO. 16-17472 AMC<br><br>11 U.S.C. Section 362 |
| Eric McElhone<br>Theresa McElhone<br>                              Debtors<br><br>Christine C. Shubert Esq.<br>                              Trustee | |

**ORDER**

AND NOW, this 26th day of June, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 713 Saint Francis Street, a/k/a 713 Saint Francis Drive Broomall, PA 19008 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Eric McElhone
713 St. Francis Drive
Broomall, PA 19008

Theresa McElhone
713 St. Francis Drive
Broomall, PA 19008

Timothy Zearfoss, Esq.
143-45 Long Lane (VIA ECF)
Upper Darby, PA 19082

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532