## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **ERIC McELHONE** | : | **BANKRUPTCY NO. 16-17472(AMC)** |
| **and THERESA McELHONE** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

## PRAECIPE TO WITHDRAW THE APPEARANCE OF
## <u>MASCHMEYER KARALIS P.C. AS COUNSEL</u>

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Maschmeyer Karalis P.C. as counsel to the Trustee effective as of December 31, 2017.

**MASCHMEYER KARALIS P.C.**

By:___ /s/ Aris J. Karalis_____

ARIS J. KARALIS
1900 Spruce Street
Philadelphia, PA  19103
(215) 546-4500

Dated: January 19, 2018