United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric McElhone  
Theresa McElhone  
       Debtors

Case No. 16-17472-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jan 18, 2018  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db/jdb       +Eric McElhone,   Theresa McElhone,   713 St. Francis Dr.,   Broomall, PA 19008-2715  
coc          +KARALIS PC,   1900 Market Street,   Philadelphia, Pa 19103-3527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com  
         CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,   J100@ecfcbis.com  
         CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union    cbrennan@klehr.com,  nharrison@klehr.com  
         JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com  
         PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,   FMarinas@msn.com  
         ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,   jhysley@karalislaw.com  
         THOMAS I. PULEO    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         TIMOTHY    ZEARFOSS    on behalf of Debtor Eric  McElhone tzearfoss@aol.com  
         TIMOTHY    ZEARFOSS    on behalf of Joint Debtor Theresa  McElhone tzearfoss@aol.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                        TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ERIC McELHONE | : | BANKRUPTCY NO. 16-17472(AMC) |
| and THERESA McELHONE | : | |
| | : | |
| Debtors | : | |
| | : | |

### ORDER

AND NOW, this 17th day of January, 2018, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

ORDERED, that Karalis PC is appointed as counsel to the Trustee effective as of the date of the Application. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE