IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ERIC McELHONE | : | BANKRUPTCY NO. 16-17472(AMC) |
| and THERESA McELHONE | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the First Interim Application of Maschmeyer Karalis P.C. ("MK") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

**ORDERED** that the sum of $3,970.00 is allowed as reasonable compensation for the services rendered and $27.43 for reimbursement of expenses for a total of $3,997.43, both of which shall be paid to MK as Counsel for Trustee for services rendered and costs expended for the period November 28, 2016 through December 31, 2017.

BY THE COURT:

**Date: April 9, 2018**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE