United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Eric McElhone
Theresa McElhone
    Debtors

Case No. 16-17472-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Apr 09, 2018
Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
```
db/jdb       +Eric McElhone,    Theresa McElhone,    713 St. Francis Dr.,    Broomall, PA 19008-2715
coc          +KARALIS PC,    1900 Market Street,    Philadelphia, Pa 19103-3527
coc          +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:56     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2018 01:48:41      
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2018 01:48:49      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 10 2018 01:48:47     Jefferson Capital Systems LLC,
               PO Box 7999,    St Cloud, MN  56302-9617
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
coc             Fleming, Nolen & Jez, L.L.P.
coc             Schmidt & Clark, L.L.P.
aty*         +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, nharrison@klehr.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
               OF UPLAND MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               UPLAND MORTGAGE LOAN TRUST A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              TIMOTHY   ZEARFOSS    on behalf of Debtor Eric   McElhone tzearfoss@aol.com
              TIMOTHY   ZEARFOSS    on behalf of Joint Debtor Theresa   McElhone tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ERIC McELHONE | : | BANKRUPTCY NO. 16-17472(AMC) |
| and THERESA McELHONE | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the First Interim Application of Maschmeyer Karalis P.C. ("MK") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

ORDERED that the sum of $3,970.00 is allowed as reasonable compensation for the services rendered and $27.43 for reimbursement of expenses for a total of $3,997.43, both of which shall be paid to MK as Counsel for Trustee for services rendered and costs expended for the period November 28, 2016 through December 31, 2017.

BY THE COURT:

**Date: April 9, 2018**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE