United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric McElhone  
Theresa McElhone  
       Debtors

Case No. 16-17472-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR            Page 1 of 1              Date Rcvd: Mar 06, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13894605       +E-mail/Text: bncmail@w-legal.com Mar 07 2019 02:53:16      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
         J100@ecfcbis.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com, nharrison@klehr.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
         OF UPLAND MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
        PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,
         FMarinas@msn.com
        ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
         UPLAND MORTGAGE LOAN TRUST A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        TIMOTHY   ZEARFOSS    on behalf of Debtor Eric  McElhone tzearfoss@aol.com
        TIMOTHY   ZEARFOSS    on behalf of Joint Debtor Theresa  McElhone tzearfoss@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17472-amc
Chapter 7

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Eric McElhone<br>713 St. Francis Dr.<br>Broomall PA 19008 | Theresa McElhone<br>713 St. Francis Dr.<br>Broomall PA 19008 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/05/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 | SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. SUITE 400<br>SEATTLE, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/08/19

Tim McGrath
**CLERK OF THE COURT**