IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| ERIC McELHONE<br>and THERESA McELHONE | BANKRUPTCY NO. 16-17472(AMC) |
| Debtors | |

## ORDER

**AND NOW,** upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Compelling Theresa McElhone to Complete Plaintiff Fact Sheet in Connection to Pre-Petition Litigation Pursuant to 11 U.S.C. §§ 521(a)(3), (a)(4), and 542(a) (the "Motion")[1]; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Mrs. McElhone shall complete the Plaintiff Fact Sheet and provide it to the Trustee's Special Co-Counsel within ten (10) days after the entry of this Order.

3. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: **July 24, 2019**

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.