United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-17472-amc
Eric McElhone   Chapter 7
Theresa McElhone
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jul 24, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
db/jdb       +Eric McElhone,   Theresa McElhone,   713 St. Francis Dr.,   Broomall, PA 19008-2715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
               cbrennan@klehr.com,  swenitsky@klehr.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Marple jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
               OF UPLAND MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Attorney   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              THOMAS I. PULEO    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               UPLAND MORTGAGE LOAN TRUST A tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Eric  McElhone tzearfoss@aol.com
              TIMOTHY  ZEARFOSS    on behalf of Joint Debtor Theresa  McElhone tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
| --- | --- | --- |
| | : | |
| ERIC McELHONE | : | BANKRUPTCY NO. 16-17472(AMC) |
| and THERESA McELHONE | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Compelling Theresa McElhone to Complete Plaintiff Fact Sheet in Connection to Pre-Petition Litigation Pursuant to 11 U.S.C. §§ 521(a)(3), (a)(4), and 542(a) (the "Motion")[1]; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Mrs. McElhone shall complete the Plaintiff Fact Sheet and provide it to the Trustee's Special Co-Counsel within ten (10) days after the entry of this Order.

3. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: **July 24, 2019**

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.