IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ERIC McELHONE | : | BANKRUPTCY NO. 16-17472(AMC) |
| and THERESA McELHONE | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Finding Theresa McElhone in Contempt of the Court Order dated July 24, 2019 [D.I. 93] and (II) Compelling Theresa McElhone to Complete Plaintiff Fact Sheet in Connection to Pre-Petition Litigation (the "Motion")[1]; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Mrs. McElhone shall complete the Plaintiff Fact Sheet and provide it to the Trustee's Special Co-Counsel within ten (10) days after the entry of this Order.

3. Mrs. McElhone shall be required to pay the Trustee's attorneys' fees and costs in the amount of $500.00 for her willful failure to comply with the Court's 7/24/19 Order.

4. Mrs. McElhone shall be required to pay sanctions in the amount of $500.00 to deter her from continuing to disregard further Orders of this Court.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: September 18, 2019

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.