UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

ERIC MCELHONE
THERESA MCELHONE

DEBTOR(S) : BANKRUPTCY NO. 16-17472-AMC

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee has determined that no funds would be available for distribution to creditors after the debtor's exemption. Accordingly, this is to be changed to a no-asset case.

Dated: September 08, 2020      /s/ Christine C. Shubert, Esquire
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226
(856) 983-7735